IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BROOKE MARCOTTE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00108-SRB |
| NEXSTAR BROADCASTING, INC. | ) |
| Defendant. | ) |

**DEFENDANT'S RENEWED MOTION TO DISMISS OR
STAY THE CASE AND COMPEL ARBITRATION**

Defendant Nexstar Broadcasting, Inc., now known as Nexstar Media Inc. ("Defendant"), moves to dismiss this case, or alternatively stay the case, pending arbitration. As set forth in Defendant's contemporaneously filed Suggestions in Support, Plaintiff agreed to resolve all employment-related disputes by binding arbitration through the American Arbitration Association. Plaintiff is precluded from pursuing her claims in this venue because of her written agreement to submit her claims to binding arbitration. Defendant respectfully requests the Court dismiss the Amended Complaint and compel Plaintiff's claims to arbitration, or in the alternative, stay the case pending arbitration.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Stacy M. Bunck*
Stacy M. Bunck, MO #53229
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816.471.1301
Facsimile: 816.471.1303
Email: stacy.bunck@ogletree.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of May, 2024, the foregoing was electronically filed with the Court Administrator and service was made through the electronic filing system to all counsel of record.

                                          */s/ Stacy M. Bunck*
                                          **ATTORNEY FOR DEFENDANT**